Entered on Docket
November 23, 2011

_Bruce A. Markell_
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

1
2
3
4
5
6
7  CINDY LEE STOCK
   Nevada Bar No. 803
8  LAW OFFICES OF CINDY LEE STOCK, P.C.
   608 South 8th Street
9  Las Vegas, Nevada 89101
   (702)382-1399 Phone
10 (702)382-0925 Fax
   bk-clstock@lvcoxmail.com E-Mail
11
12 Attorneys for Carl N. Williams, Jr., M.D.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. 10-31638-BAM |
| THE MEDICAL SPA, LLC | Chapter 11 |
| | **ORDER DISMISSING ADVERSARY CASE** |
| Debtor. | ADV. CASE NO. 11-01190-BAM |
| | Hearing Date:     November 3, 2011 |
| THE MEDICAL SPA, | Hearing Time:     9:00 a.m. |
| Plaintiff, | |
| vs. | |
| CARL N. WILLIAMS, M.D.; DONALD A. ANDREAS; NEVADA STATE BOARD OF MEDICAL EXAMINERS, | |
| Defendants. | |

The matter of the continued scheduling conference and the Conditional Order of Dismissal and Order Regarding Scheduling Conference came on for hearing before the above-entitled court on November 3, 2011. Defendant, Carl N. Williams appeared by and through Cindy Lee Stock of the

1  Law Offices of Cindy Lee Stock, P.C., his attorneys.  There being no other appearances, the Court

2  being otherwise fully informed in the premises and good cause appearing:

3      IT IS HEREBY ORDERED that this case is dismissed for lack of prosecution, without

4  prejudice.

5  SUBMITTED BY:

6  LAW OFFICES OF CINDY LEE STOCK, P.C.

7  /s/ *Cindy Lee Stock*

   CINDY LEE STOCK

8  Nevada Bar No. 803

   608 South 8th Street

9  Las Vegas, NV  89101

   Attorneys for Carl N. Williams, Jr., M.D.

10

11              RULE 9021 CERTIFICATION:

12      In accordance with Local Rule 9021, counsel submitting this document certifies that the order
   accurately reflects the court's rulings and that (check one):

13

14      ____   The Court waived the requirement set forth in LR 9021.

15      ____   This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have
              delivered a copy of this proposed order to all counsel who appeared at the hearing, any
              unrepresented parties who appeared at the hearing, and any trustee appointed in this

16            case, and each has approved or disapproved the order, or failed to respond, as indicated
              below [list each party and whether the party has approved, disapproved, or failed to

17            respond to the document]:

18      _X_   This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order
              to all counsel who appeared at the hearing, any unrepresented  parties who appeared

19            at the hearing, and any trustee appointed in this case, and each has approved or
              disapproved the order, or failed to respond, as indicated below [list each party and

20            whether the party has approved, disapproved, or failed to respond to the document]:

21            N/A

22      ____   I certify that I have served a copy of this order with the motion, and no parties
              appeared or filed written objections.

23

24                              # # #

25

26

27

28

                                2